UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terrvante Hicks,	Civ. No. 20-2193 (PAM/ECW)

        Plaintiff,

v.	**ORDER**

MCF-Fairbault and M. Graves,
individual and official capacity,

        Defendants.

    This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated February 12, 2021. (Docket No. 10.) The R&R recommends that the Court dismiss Plaintiff Terrvante Hicks's Amended Complaint for failure to state a claim.

    According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Hicks failed to file objections to the R&R in the time period permitted.

    Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 10) is **ADOPTED**;

2. The Complaint (Docket No. 1) is **DISMISSED without prejudice**;

3. Plaintiff's Application to proceed in forma pauperis (Docket No. 2) is **GRANTED**; and

4. Hicks shall pay the unpaid balance ($288.91) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2) and the Clerk of Court be directed to provide notice of this requirement to the authorities at the institution where Hicks is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 15, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge

2